

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00831-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES, JR.**

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellee has filed a motion to dismiss this appeal for want of jurisdiction. We order appellant, Leticia Benavides, to file a response by January 9, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court